COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-18-00774-CR

Style:      Adrian Gomez v. The State of Texas

Date motion filed*:      March 4, 2019

Type of motion:      Third Motion for Extension of Time to File Appellant's Brief

Party filing motion:      Appellant's Counsel Kevin P. Keating

Document to be filed:      Appellant's Brief

Is appeal accelerated?      No.

If motion to extend time:

     Original due date:      December 6, 2018

     Number of extensions granted:      2      Current Due Date: February 28, 2019

     Date Requested:      March 11, 2019

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due: March 11, 2019.

         ☑      No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

     The Clerk of this court's February 19, 2019 notice informed appellant that his second

     first extension was granted until February 28, 2019, but warned counsel that no

     further extensions would be granted. Because appellant's counsel states that he needs

     another week to file his brief to research an issue of first impression, his third

     extension is granted, but counsel is warned that **no further extensions will be granted**.

     *See* TEX. R. APP. P. 10.5(b)(1)(C). Accordingly, if appellant's brief is not filed by

     March 11, 2019, this Court will abate this case. *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature: _/s/ Laura Carter Higley_____

         ☒ Acting individually      ☐ Acting for the Court

Date: __March 7, 2019___